**ORAL ARGUMENT NOT YET SCHEDULED**

No. 24-1363 (consolidated with No. 24-1364)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PUBLIC SAFETY SPECTRUM ALLIANCE; PUBLIC SAFETY BROADBAND TECHNOLOGY ASSOCIATION,

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

Respondents.

---

**PETITIONERS' STATEMENT OF ISSUES TO BE RAISED**

---

Andrew J. Pincus
Carmen N. Longoria-Green
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

*Counsel for Public Safety Spectrum Alliance & Public Safety Broadband Technology Association*

Pursuant to this Court's December 2, 2024 Order, Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Association submit this Statement of Issues to be Raised. Petitioners challenge a final order of the Federal Communication Commission, captioned *Amendment of Part 90 of the Commission's Rules*, 89 Fed. Reg. 91,578 (Nov. 20, 2024) (the Rule). Specifically, the issues to be raised are:

1. Whether the Rule is arbitrary, capricious, or otherwise not in accordance with law because, in promulgating the Rule, the agency overlooked important aspects of the problem, alternative approaches, and other matters raised in the record that would have allowed FirstNet to gain access to the 4.9 GHz band more quickly and with more certainty. 5 U.S.C. § 706(a)(1).

*/s/ Andrew J. Pincus*
Andrew J. Pincus
Carmen N. Longoria-Green
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will serve all counsel of record.

*/s/ Andrew J. Pincus*
Andrew J. Pincus
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

*Counsel for Petitioners*