**[ORAL ARGUMENT NOT YET SCHEDULED]**
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NATIONAL SHERIFFS' ASSOCIATION
and
CALIFORNIA STATE SHERIFFS' ASSOCIATION,

        Petitioners,

        v.

FEDERAL COMMUNICATIONS COMMISSION and THE UNITED STATES OF AMERICA,

Respondents.

Case No. 25-1028

(consolidated with Case Nos. 24-1363, 24-1364, 25-1034)

**STATEMENT OF ISSUES**

Pursuant to the Court's Order of January 21, 2025, Petitioners National Sheriffs' Association ("NSA") and California State Sheriffs' Association ("CSSA") hereby submit the following non-binding statement of issues presented for review in Case No. 25-1028 (consolidated with Case Nos. 24-1363 (lead), 24-1364, and 25-1034):

1. Whether the Federal Communications Commission acted arbitrarily and capriciously and in violation of the Administrative Procedure Act (APA) by "freezing" the licenses of incumbent public safety entities using the 4.9 GHz Band, mandating the imminent cancellation of their existing geographic licenses

  and conversion of those licenses into site-based licenses, effectively locking local public safety licensees into the existing spectrum use and boundaries of their current operations, and impairing or defeating their right to apply for new or modified licenses as needed, all without adequate notice as required under the APA's notice and comment requirements, 5 U.S.C. 553.

2. Whether the Commission acted arbitrarily and capriciously and in violation of law by creating a framework whereby an entity known as a "Band Manager" will receive an exclusive nationwide license, without a competitive bidding process, for use of the 4.9 GHz Band that is currently designated for state and local public safety use, and then authorizing that Band Manager to enter into an exclusive "sharing agreement" to enable one entity-- the federal First Responder Network Authority ("FirstNet")-- to use that spectrum.

3. Whether the Federal Communications Commission acted arbitrarily and capriciously and in violation of the Administrative Procedure Act by severely restricting further use of public safety spectrum by actual public safety entities, based on findings that were contradicted by the record in the proceeding below.

4. Whether the Commission acted arbitrarily and capriciously and in violation of law by facilitating use of public safety spectrum in significant part for commercial operations by AT&T, giving the latter an unfair competitive

advantage, while at the same time severely restricting further use of the same public safety spectrum by actual public safety entities for life safety operations.

5. Whether the Commission acted arbitrarily and capriciously and in violation of law by undercutting Congressional national security efforts, by giving the operator of FirstNet, AT&T, access to free midband spectrum, which is likely to decrease AT&T's participation an upcoming spectrum auction and thereby reduce the revenue needed to replace foreign equipment on the national security Covered List, as mandated by Congress.

Dated:  February 20, 2025

                                            Respectfully submitted,

*/s/ James M. Smith*
James M. Smith
Law Office of James M. Smith
4069 27th Road North
Arlington VA 22207
jamesmsmith8980@gmail.com
Telephone: (703)855-4183

*Counsel for Petitioners National Sheriffs' Association and California State Sheriffs' Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Statement of Issues was served on all parties this 20th day of February, 2025 via the Court's CM/ECF system, which sends automatic notification to counsel of record via email.

/s/ James M. Smith
James M. Smith