# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PUBLIC SAFETY SPECTRUM ALLIANCE and PUBLIC SAFETY BROADBAND TECHNOLOGY ASSOCIATION, <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> *Respondents*. | No. 24-1363 (lead), 24-1364, 25-1028, 25-1034 |

## NOTICE OF MOVANT-INTERVENOR NATIONAL FRATERNAL ORDER OF POLICE'S CONDITIONAL JOINDER IN PETITIONERS PUBLIC SAFETY SPECTRUM ALLIANCE AND PUBLIC SAFETY BROADBAND TECHNOLOGY ASSOCIATION'S OPPOSITION TO MOTIONS FOR STAY PENDING APPEAL

Movant-Intervenor the National Fraternal Order of Police ("FOP") hereby joins the opposition to motions for stay pending appeal filed by Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Association on February 28, 2025. This joinder is conditional on the Court granting the FOP's pending, unopposed motion to intervene in support of Respondents in dockets 24-1364, 25-1028, and 25-1034 in this consolidated case. *See* Unopposed Motion of FOP to Intervene in Support of Respondents at 1, Doc. 2091204 (filed Dec. 23, 2024); *see also* Circuit Rule 15(b).

1

| | |
|---|---|
| Dated: February 28, 2025 | */s/ Joshua S. Turner* |
| Larry H. James | Joshua S. Turner |
| **AMUNDSEN DAVIS, LLC** | Sara M. Baxenberg |
| 500 South Front Street | Boyd Garriott |
| Suite 1200 | **WILEY REIN LLP** |
| Columbus, Ohio 43215 | 2050 M Street NW |
| (614) 229-4567 | Washington, DC 20036 |
| ljames@amundsendavislaw.com | (202) 719-7000 |
| | jturner@wiley.law |

*Counsel for the National Fraternal Order of Police*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify:

This Notice complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 88 words.

This Notice also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in 14-point proportionally spaced Times New Roman font.  *See* Fed. R. App. P. 27(d)(1)(E).

February 28, 2025	*/s/ Joshua S. Turner*
	Joshua S. Turner

# CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Joshua S. Turner*
Joshua S. Turner
