**[ORAL ARGUMENT NOT YET SCHEDULED]**
Nos. 24-1363 (lead), 24-1364, 25-1028, 25-1034

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PUBLIC SAFETY SPECTRUM ALLIANCE AND PUBLIC
SAFETY BROADBAND TECHNOLOGY ASSOCIATION,

*Petitioners,*

*v.*

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents.*

*On Petitions for Review of Orders
of the Federal Communications Commission*

**UNOPPOSED MOTION OF PETITIONERS NATIONAL SHERIFFS'
ASSOCIATION AND CALIFORNIA STATE SHERIFFS' ASSOCIATION
TO FILE A COMBINED REPLY OF UP TO 5,200 WORDS RESPONDING
TO TWO OPPOSITIONS TO THEIR MOTION FOR STAY PENDING
JUDICIAL REVIEW**

## INTRODUCTION

Pursuant to D.C. Circuit Rule 27, Petitioners National Sheriffs' Association ("NSA") and the California State Sheriffs' Association ("CSSA") (collectively "Petitioners" or "NSA/CSSA") respectfully move for leave to file a combined Reply of not more than 5,200 words to the two Oppositions-- filed on February 28,

2025 separately by Respondent Federal Communications Commission ("FCC") and Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Association ("PSSA") (herein collectively the "Opponents") -- to NSA/CSSA's Motion Stay Pending Judicial Review in the above-captioned cases, filed on February 18, 2025.

Pursuant to Federal Rule of Appellate Procedure 27(a) (4) and D.C. Circuit Rule 27(a) (2), NSA/CSSA must file its Reply by this Friday, March 7.

We are authorized to represent that neither the FCC nor PSSA object to this motion.[1]

This Court granted the FCC leave to file an Opposition that exceeded the limitation mandated under Fed. R. App. P. 27(d)(2); D.C. Cir. R. 27(a)(2), and the FCC did so.. Allowing NSA/CSSA to file a single oversized Reply—instead of two standard-length replies—to that FCC Opposition of 36 pages, as well as to PSSA's lengthy separate Opposition of 22 pages, would ensure fairness, conserve resources and obviate the need to file two separate replies. Accordingly, there is a compelling basis to grant this unopposed Motion.

---

[1] The FCC has consented to this Motion; PSSA has stated that it takes no position on it.

# ARGUMENT

I.    Although both Opponents request that NSA/CSSA's motion for stay be denied, they each raise meaningfully different arguments.  For example, the FCC Opposition, unlike the PSSA Opposition, utilized some of its allowed additional verbiage to dispute NSA/CSSA's contention that the FCC had not given adequate notice in the underlying proceeding that it would award "exclusive . . . control of the band and . . . prohibit[ing] . . . further public safety licensing" (FCC Opposition at 28-29) and that it would give award  competitive advantage to AT&T and undercut national security efforts by reducing AT&T's incentive to bid in an upcoming spectrum auction  (FCC Opposition at 29-30) .

II.    Under the Federal Rules of Appellate Procedure and this Court's Rules, NSA/CSSA may file a Reply of up to 2,600 words in response to the FCC's Opposition, and a separate Reply of up to 2,600 words in response to PSSA's Opposition. See Fed. R. App. P. 27(d)(2); D.C. Cir. R. 27(a)(2). If we filed two separate replies, the Court would have to review a significant amount of duplicative material in each filing. Accordingly, we propose filing a single Reply to both oppositions.

# **CONCLUSION**

For the foregoing reasons, NSA and CSSA respectfully request that the Court grant for leave to NSA/CSSA to file a combined Reply of not more than 5,200 words.

                                                Respectfully submitted,

*/s/ James M. Smith*_____
James M. Smith

Law Office of James M. Smith
4069 27th Road North
Arlington VA 22207
jamesmsmith8980@gmail.com
Telephone: (703) 855-4183

*Counsel for Petitioners National Sheriffs' Association and California State Sheriffs' Association*

Dated: March 5, 2025

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation, Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and D.C. Circuit Rule 32(e)(1):

    ☒ this document contains 538 words, or
    ☐ this document uses a monospaced typeface and contains lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, or

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

                               */s/ James M. Smith*_____
                               James M. Smith
                               *Counsel for Petitioners National Sheriffs' Association and California State Sheriffs' Association*