# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PUBLIC SAFETY SPECTRUM ALLIANCE and PUBLIC SAFETY BROADBAND TECHNOLOGY ASSOCIATION,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>*Respondents*,<br><br>COALITION FOR EMERGENCY RESPONSE AND CRITICAL INFRASTRUCTURE and SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>*Intervenors*. | Case Nos. 24-1363 (lead), 24-1364, 25-1028, 25-1034 |

**JOINT RESPONSE TO REQUEST TO PROPOSE BRIEFING SCHEDULE**

Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Association (collectively, "PSSA"), the Coalition for Emergency

Response and Critical Infrastructure ("CERCI"), the California State Sheriffs' Association and National Sheriffs' Association ("NSA/CSSA"), and San Francisco Bay Area Rapid Transit District ("BART"); Respondents Federal Communications Commission and the United States of America; and Intervenor Fraternal Order of Police ("FOP") hereby respond to the Court's March 19, 2025 Order requesting that the parties submit a joint proposed briefing schedule.

These cases involve four petitions for review of the Federal Communications Commission's Eighth Report and Order, *In the Matter of Amendment of Part 90 of the Commission's Rules*, WP Docket No. 07-100, FCC 24-114 (rel. Oct. 22, 2024) (the "Order"). Petitioners, Respondents, and Intervenors have conferred and agree on the following briefing format and schedule:

| Deadline | Filing | Words |
| --- | --- | --- |
| June 3, 2025 | Joint Opening Brief of Petitioners CERCI, NSA/CSSA, and BART | 13,000 |
| | Opening Brief of Petitioner PSSA | 11,000 |
| August 4, 2025 | Response Brief of Respondent FCC and United States of America | 20,000 |
| August 11, 2025 | Joint Brief of Intervenors CERCI and BART in support of Respondents | 7,100 |

|  | Joint Brief of Intervenors PSSA and Fraternal Order of Police in support of Respondents | 9,100 |
| --- | --- | --- |
| September 3, 2025 | Joint Reply Brief of Petitioners CERCI, NSA/CSSA, and BART | 6,500 |
|  | Reply Brief of Petitioner PSSA | 6,500 |
| September 10, 2025 | Deferred Appendix |  |
| September 17, 2025 | Final Briefs |  |

Consistent with the Court's March 19, 2025 Order, the parties have largely proposed to file joint briefs. However, Petitioners CERCI, NSA/CSSA, and BART are adverse to Petitioner PSSA and therefore seek to file separate opening and reply briefs. The Commission is seeking a longer-than-standard brief length given the number of parties and issues involved.

## CONCLUSION

The parties respectfully request that the Court adopt the proposed briefing format and schedule.

Dated: April 17, 2025

Respectfully submitted,

/s/ Bradley Craigmyle
Bradley Craigmyle
   Deputy General Counsel
Igor Helman
   Counsel
FEDERAL COMMUNICATIONS
   COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for the Federal Communications Commission*

/s/ Jessica Ring Amunson
Jessica Ring Amunson
Arjun R. Ramamurti
Joshua Armstrong
JENNER & BLOCK LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
aramamurti@jenner.com
jarmstrong@jenner.com

*Counsel for Coalition for Emergency Response and Critical Infrastructure*

/s/ Shana Wallace
Robert B. Nicholson
Shana Wallace
   Attorneys
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 999-5025
Robert.Nicholson@usdoj.gov
Shana.Wallace@usdoj.gov

*Counsel for the United States*

/s/ Andrew J. Pincus
Andrew J. Pincus
Carmen N. Longoria-Green
Wajdi C. Mallat
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

*Counsel for Public Safety Spectrum Alliance & Public Safety Broadband Technology Association*

/s/ Joshua S. Turner
Joshua S. Turner
Sara M. Baxenberg
Boyd Garriott
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
(202) 719-7000
jturner@wiley.law

Larry H. James
AMUNDSEN DAVIS, LLC
500 South Front Street
Suite 1200
Columbus, Ohio 43215
(614) 229-4567
ljames@amundsendavislaw.com

*Counsel for National Fraternal Order of Police*


/s/ James M. Smith

James M. Smith
Law Office of James M. Smith
4069 27th Road North
Arlington, VA 22207
(703)855-4183
jamesmsmith8980@gmail.com

*Counsel for National Sheriffs' Association and California State Sheriffs' Association*

/s/ Hyland Hunt
Hyland Hunt
Ruthanne M. Deutsch
DEUTSCH HUNT PLLC
300 New Jersey Ave. NW, Ste. 300
Washington, DC 20001
(202) 868-6915
hhunt@deutschhunt.com

Phyllis A. Whitten
SAN FRANCISCO BAY AREA
  RAPID TRANSIT DISTRICT
2150 Webster St, 10th Floor
Oakland, CA 94612 (510) 464-5000
pwhitte@bart.gov

*Counsel for San Francisco Bay Area Rapid Transit District*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 298 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This document complies with the typeface requirements and type-style requirements of Federal Rule of Appellate Procedure 32(a) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Jessica Ring Amunson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2025, copies of the foregoing Joint Response to Request to Propose Briefing Schedule have been served on all parties via the CM/ECF system.

*/s/ Jessica Ring Amunson*
