# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1363**

**September Term, 2025**

**FCC-89FR91578**
**FCC-89FR97559**

**Filed On: November 24, 2025** [2146875]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Coalition for Emergency Response and Critical
Infrastructure and San Francisco Bay Area Rapid
Transit District,
         Intervenors

------------------------------

Consolidated with 24-1364, 25-1028, 25-1034

      **BEFORE:**    Circuit Judges Wilkins, Katsas, and Rao

## <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on Monday, November 24, 2025 at 9:31 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Jessica Ring Amunson, counsel for Petitioners Coalition for Emergency Response and Critical Infrastructure, et al.

Leif Overvold, counsel for Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Association.

D. Adam Candeub (FCC), counsel for Respondents.

Joshua S. Turner, counsel for Intervenors National Fraternal Order of Police and Public Safety Spectrum Alliance.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Anne A. Rothenberger
                Deputy Clerk