# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1363**                    **September Term, 2025**

FILED ON: JULY 21, 2026

PUBLIC SAFETY SPECTRUM ALLIANCE AND PUBLIC SAFETY BROADBAND TECHNOLOGY ASSOCIATION,

          PETITIONERS

v.

FEDERAL COMMUNICATIONS COMMISSION AND UNITED STATES OF AMERICA,

          RESPONDENTS

COALITION FOR EMERGENCY RESPONSE AND CRITICAL INFRASTRUCTURE AND SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

          INTERVENORS

Consolidated with 24-1364, 25-1028, 25-1034

On Petitions for Review of a Final Order
of the Federal Communications Commission

Before: WILKINS, KATSAS, and RAO, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on the petitions for review of a final order of the Federal Communications Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review filed by Public Safety Spectrum Alliance and Public Safety Broadband Technology Association in No. 24-1363 be dismissed for lack of Article III standing; and the remaining petitions for review be denied on the merits in part and dismissed in part as unripe, in accordance with the opinion of the court filed herein this date.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/

          Daniel J. Reidy
          Deputy Clerk

Date: July 21, 2026

Opinion for the court filed by Circuit Judge Katsas.