# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1363**

**September Term, 2025**

**FCC-89FR91578**
**FCC-89FR97559**

**Filed On: July 21, 2026** [2184218]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Coalition for Emergency Response and
Critical Infrastructure and San Francisco
Bay Area Rapid Transit District,
        Intervenors

------------------------------

Consolidated with 24-1364, 25-1028,
25-1034

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk